Edward S. Hodgson

*v.*

State of Illinois.

*Opinion filed May 22, 1914.*

Fees and Salaries—*Kinney* v. *State ante followed.* This case is identical with that of *Kinney* v. *State, supra.*

Adolph Bernard, for Claimant.

P. J. Lucey, Attorney General, and Arthur R. Roy, Assistant Attorney General, for State.

The claim in this case, is identical with the claim of *James Kinney* v. *State of Illinois,* in which an opinion was filed in this October Term, 1913.

The claim is rejected for the same reasons set forth in the above opinion.